AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koschik, Alan M. | United States Bankruptcy Court, Northern District of Ohio | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

John F. Seiberling Federal Building and United States Courthouse
2 South Main Street, Room 240
Akron, Ohio 44308

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Thrive Arts Center, Hourly Wages |
| 2. 2020 | Solon Board of Education, Hourly Wages |
| 3. 2020 | Unemployment Benefits |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank Visa | Revolving Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STRS Russell 2000 Index Fund | None | | J | T | | | | | |
| 2. STRS Large Cap Core Fund | None | | K | T | | | | | |
| 3. Merrill Lynch: Bank of America RASP (Money Market Fund) | A | Interest | M | T | Sold (part) | 09/02/20 | J | | |
| 4. | | | | | Sold (part) | 10/29/20 | K | | |
| 5. | | | | | Sold (part) | 12/01/20 | K | | |
| 6. Merrill Lynch: IShares Russell 1000 Growth | B | Dividend | N | T | Sold (part) | 09/02/20 | J | | |
| 7. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 8. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 9. Merrill Lynch: IShares Russell 1000 Value | C | Dividend | M | T | Sold (part) | 09/02/20 | J | | |
| 10. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 11. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 12. Merrill Lynch: IShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 09/02/20 | J | | |
| 13. Merrill Lynch: TIPS Bond ETF | A | Dividend | K | T | Buy (add'l) | 09/02/20 | J | | |
| 14. Merrill Lynch: IShares Short Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 09/02/20 | J | | |
| 15. Merrill Lynch: SPDR Gold Trust | None | | K | T | Buy (add'l) | 09/02/20 | J | | |
| 16. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 17. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch: Vanguard Small-Cap Fund | A | Dividend | L | T | Sold (part) | 09/02/20 | J | | |
| 19. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 20. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 21. Merrill Lynch: Vanguard Mid-Cap ETF | B | Dividend | M | T | Sold (part) | 09/02/20 | J | | |
| 22. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 23. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 24. Merrill Lynch: Vanguard FTSE Emerging ETF | B | Dividend | L | T | Sold (part) | 09/02/20 | J | | |
| 25. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 26. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 27. Merrill Lynch: Vanguard FTSE Developed ETF | B | Dividend | M | T | Sold (part) | 09/02/20 | J | | |
| 28. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 29. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 30. Thrivent Financial for Lutherans Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 31. Key Bank, N.A., Cash Accounts | A | Interest | J | T | | | | | |
| 32. Galler SB, LLC | A | Dividend | M | W | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, all of the items listed as Nos. 1-29 are funds in tax deferred retirement accounts (including 401(k) and 401(a) plans and rollover IRAs). The income reported includes all income (dividend, interest, etc.) actually reported to me in the monthly, quarterly, and annual statements I received. I assume that the remainder of the changes in value, including in those funds for which income is identified as "none," are from market value appreciation (or depreciation) of the underlying investments. To the extent other portions of the change in value could be attributed to some form of income, as opposed to market appreciation, those amounts have not been reported to me. This comment is intended to address the issues first raised by the Committee's letter to me dated February 3, 2015, regarding my initial financial disclosure dated December 15, 2014. That letter noted that "all income is reportable, whether taxable, tax deferred, or tax exempt. . . . the amount of the dividends reinvested must be listed as income on your report. You may want to refer to pages 45 and 46 of the filing instructions." I have carefully reviewed the instructions, as I had before preparing my initial disclosure. As I did with my initial disclosure, this annual disclosure includes all income that has been reported to me.

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alan M. Koschik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544